IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| Point Blank Solutions Inc., | ) | Adv. Proc. No. 10-55361 (PJW) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Robbins Geller Rudman & Dowd LLP (as both Escrow Agent and Co-Lead Counsel for Lead Plaintiffs); Labaton Sucharow LLP (as Co-Lead Counsel for Lead Plaintiffs); Law Offices of Thomas G. Amon (as Co-Lead Counsel in the Derivative Action); Robbins Umeda LLP (as Co-Lead Counsel in the Derivative Action); David H. Brooks; Sandra Hatfield; Dawn M. Schlegel; Cary Chasin; Jerome Krantz; Gary Nadelman; Barry Berkman; and Larry R. Ellis, | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED TO BE HEARD ON MARCH 3, 2011 AT 2:00 P.M. BEFORE THE HONORABLE PETER J. WALSH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET STREET, 6th FLOOR, <u>COURTROOM NO. 2, WILMINGTON, DELAWARE 19801</u>[2]**

**HEARING CANCELLED**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number and their respective addresses, are: Point Blank Solutions Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Any party who wishes to attend a hearing telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

**CONTINUED MATTERS:**

1. [Pretrial Conference re] First Amended Complaint for Declaratory Relief and Turnover of Property of the Estate (Filed 1/4/11) [Adv. Proc. Docket No. 8].

    Answer Deadline: February 3, 2011, at 4:00 p.m. Extended to February 10, 2011, with respect to: David H. Brooks, Robbins Geller Rudman & Dowd LLP, Labaton Sucharow LLP, Law Offices of Thomas G. Amon, and Robbins Umeda LLP. Extended to February 14, 2011, at 10:00 a.m., with respect to Dawn Schlegel.

    Response(s):

    A. Defendant Sandra Hatfield's Pro Se Memorandum Joining in Her Co-Defendants' Motions to Dismiss and for Any Other Relief (Filed 2/10/11) [Adv. Proc. Docket No. 20].

    B. Defendant David H. Brooks' Motion to Dismiss Under Rule 12(b) or in the Alternative, to Stay (Filed 2/10/11) [Adv. Proc. Docket No. 22].

    C. Memorandum in Support of Motion to Dismiss or, in the Alternative, to Stay (Filed 2/10/11) [Adv. Proc. Docket No. 23].

    D. Appendix of Exhibits to Defendant David H. Brooks' Motion to Dismiss Under Rule 12(b) (Filed 2/10/11) [Adv. Proc. Docket No. 24].

    E. Answer of Cary Chasin, Jerome Krantz, Gary Nadelman, Barry Berkman and Larry R. Ellis (Filed 2/10/11) [Adv. Proc. Docket No. 31].

    F. Dawn M. Schlegel's Joinder in Law Firm Defendants' Motion to Dismiss and Brooks' Motion to Dismiss (Filed 2/14/11) [Adv. Proc. Docket No. 33].

    G. Dawn M. Schlegel's Joinder in Law Firm Defendants' Motions Related to Adversary Proceeding (Filed 2/14/11) [Adv. Proc. Docket No. 34].

    H. Motion of Defendants Robbins Geller Rudman & Dowd LLP, Labaton Sucharow LLP, Law Offices of Thomas G. Amon and Robbins Umeda LLP to Dismiss Amended Adversary Complaint (Filed 2/17/11) [Adv. Proc. Docket No. 36].

    I. Memorandum of Law in Support of Motion of Defendants Robbins Geller Rudman & Dowd LLP, Labaton Sucharow LLP, Law Offices of Thomas G. Amon and Robbins Umeda LLP to Dismiss Amended Adversary Complaint (Filed 2/17/11) [Adv. Proc. Docket No. 37].

    J. Motion of the Law Firm Defendants Pursuant to Del. Bankr. L.R. 5011-1 for Determination that the Above-Captioned Adversary is a Non-Core Proceeding (Filed 2/17/11) [Adv. Proc. Docket No. 38].

K. Memorandum in Support of the Motion of the Law Firm Defendants Pursuant to Del. Bankr. L.R. 5011-1 for Determination that the Above-Captioned Adversary Proceeding is a Non-Core Proceeding (Filed 2/17/11) [Adv. Proc. Docket No. 39].

L. Motion of the Law Firm Defendants Pursuant to Fed. R. Bankr. P. 5011(c) for a Stay Pending the Resolution of (I) Motion of the Law Firm Defendants Pursuant to Del. Bankr. L.R. 5011-1 for Determination that the Above-Captioned Adversary Proceeding is a Non-Core Proceeding and (II) Motion of the Law Firm Defendants to Withdraw the Reference and Transfer Venue of the Above-Captioned Adversary Proceeding (Filed 2/17/11) [Adv. Proc. Docket No. 40].

M. Law Firm Defendants' Appendix of Exhibits (Filed 2/17/11) [Adv. Proc. Docket No. 41].

N. Motion of the Law Firm Defendants to Withdraw the Reference of the Above-Captioned Adversary Proceeding (Filed 2/23/11) [Adv. Proc. Docket No. 43].

Related Document(s):

A. Amended Summons and Notice of Pretrial Conference in an Adversary Proceeding (Filed 1/11/11) [Adv. Docket No. 9].

B. Complaint for Turnover of Property of the Estate (Filed 11/16/10) [Adv. Proc. Docket No. 1].

C. Order Approving Stipulation to Extend [Dawn M. Schlegel's] Time for Filing Responsive Pleading to Amended Complaint (Entered 1/28/11) [Adv. Proc. Docket No. 14].

D. Order Approving Stipulation Extending [David H. Brooks's] Time to Respond to Complaint (Entered 2/1/11) [Adv. Proc. Docket No. 15].

E. Order Approving Stipulation Extending Time Within Which to Answer or Otherwise Plead in Response to the Amended Complaint [with respect to the following defendants: Robbins Geller Rudman & Dowd LLP; Labaton Sucharow LLP; Law Offices of Thomas G. Amon; and Robbins Umeda LLP] (Entered 2/4/11) [Adv. Proc. Docket No. 17].

Status: This matter is continued to April 21, 2011, at 9:30 a.m.

2. Disclosure Statement Describing Joint Chapter 11 Plan of Reorganization (Filed 1/11/11) [Docket No. 1007].

Objection Deadline: February 24, 2011, at 4:00 p.m. Extended to February 28, 2011 at 4:00 p.m., with respect to the United States Trustee.

Response(s):

A. Limited Objection of Rodney McFadden to the Debtors' Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code (Filed 1/11/11) [Docket No. 1011].

B. [Rodney D. McFadden] Shareholder Objection to the Debtors' Disclosure Statement (Filed 1/21/11) [Docket No. 1051].

C. [Joseph Mason] Objection (Filed 1/31/11) [Docket No. 1081].

D. [George Tsai] Response to Disclosure Statement Describing Joint Chapter 11 Plan of Reorganization (Filed 2/1/11) [Docket No. 1088].

E. [Carl Wegerer, III] Objection and Joinder (Filed 2/4/11) [Docket No. 1099].

F. [Subarna B. Malakar] Objection (Filed 2/7/11) [Docket No. 1100].

G. [Steven P. McNeil] Objection to Disclosure Statement and Rights Offering Procedure (Filed 2/8/11) [Docket No. 1104].

H. [D. David Cohen] Objection to Debtors' Joint Chapter 11 Plan of Reorganization (Filed 2/8/11) [Docket No. 1105].

I. [D. David Cohen] Objection to Debtor's Disclosure Statement (Filed 2/8/11) [Docket No. 1106].

J. Objection of David H. Brooks to Debtors' Disclosure Statement Describing Joint Chapter 11 Plan of Reorganization (Filed 2/8/11) [Docket No. 1109].

K. Lead Plaintiffs' Objections to Disclosure Statement Describing Joint Chapter 11 Plan of Reorganization (Filed 2/9/11) [Docket No. 1115].

L. Reservation of Rights of Wayne B. Kolbeck Regarding Debtors' Disclosure Statement Describing Joint Chapter 11 Plan of Reorganization (Filed 2/9/11) [Docket No. 1116].

M. Objection of the U.S. Securities and Exchange Commission to the Adequacy of the Disclosure Statement, Confirmation of the Joint Chapter 11 Plan of Reorganization, and Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement and Related Relief (Filed 2/11/11) [Docket No. 1124].

N. [Daniel W. Silvers] Objection (Filed 2/24/11) [Docket No. 1143].

O. [John H. Mason] Objection (Filed 2/24/11) [Docket No. 1144].

P. [D. David Cohen] Statement of Additional Objections and Request for Relief Under 11 U.S.C. 1129(a)(3) (Filed 2/24/11) [Docket No. 1146].

Q. United States Trustee's Objection to Debtors' Disclosure Statement Describing Joint Chapter 11 Plan of Reorganization (Filed 2/25/11) [Docket No. 1150].

Related Document(s):

A. Joint Chapter 11 Plan of Reorganization (Filed 1/11/11) [Docket No. 1006].

B. Notice of Hearing on Disclosure Statement and Objection Deadline (Filed 1/11/11) [Docket No. 1008].

C. Notice of Filing Exhibits Regarding Disclosure Statement Describing Joint Chapter 11 Plan of Reorganization (Filed 1/31/11) [Docket No. 1069].

D. Notice of Adjournment of Disclosure Statement Hearing (Filed 2/10/11) [Docket No. 1122].

Status: The hearing on this matter has been adjourned to a status conference to be held on March 10, 2011 at 4:00 p.m. The parties in interest continue to discuss open issues related to a proposed amendment to the Disclosure Statement and Plan, and intend to provide additional details regarding such discussions at the status conference on March 10.

3. Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Disclosure Statement; (B) Scheduling a Hearing to Confirm the Joint Chapter 11 Plan of Reorganization; (C) Establishing Deadline for Filing Objections to Confirmation of Plan; (D) Approving Form of Ballots, Voting Deadline and Solicitation Procedures; (E) Approving Subscription Form for Purposes of the Rights Offering and Related Procedures in Connection Therewith; and (F) Approving Form and Manner of Notice (Filed 1/28/11) [Docket No. 1067].

Objection Deadline: February 9, 2011, at 4:00 p.m.

Response(s):

A. Limited Objection of Rodney McFadden to the Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Disclosure Statement; (B) Scheduling a Hearing to Confirm the Joint Chapter 11 Plan of Reorganization; (C) Establishing Deadline for Filing Objections to Confirmation of Plan; (D) Approving Form of Ballots, Voting Deadline and Solicitation Procedures; (E) Approving Subscription Form for Purposes of the Rights Offering and Related Procedures in Connection Therewith; and (F) Approving Form and Manner of Notice (Filed 2/9/11) [Docket No. 1111].

B. Reservation of Rights of Wayne B. Kolbeck Regarding Debtors' Disclosure Statement Describing Joint Chapter 11 Plan of Reorganization (Filed 2/9/11) [Docket No. 1116].

C. Objection of the U.S. Securities and Exchange Commission to the Adequacy of the Disclosure Statement, Confirmation of the Joint Chapter 11 Plan of Reorganization, and Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement and Related Relief (Filed 2/11/11) [Docket No. 1124].

Related Document(s):

A. Order Fixing Hearing Date and Shortening Time to Object or Respond to Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Disclosure Statement; (B) Scheduling a Hearing to Confirm the Joint Chapter 11 Plan of Reorganization; (C) Establishing Deadline for Filing Objections to Confirmation of Plan; (D) Approving Form of Ballots, Voting Deadline and Solicitation Procedures; (E) Approving Subscription Form for Purposes of the Rights Offering and Related Procedures in Connection Therewith; and (F) Approving Form and Manner of Notice (Entered 2/1/11) [Docket No. 1083].

B. Notice of Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Disclosure Statement; (B) Scheduling a Hearing to Confirm the Joint Chapter 11 Plan of Reorganization; (C) Establishing Deadline for Filing Objections to Confirmation of Plan; (D) Approving Form of Ballots, Voting Deadline and Solicitation Procedures; (E) Approving Subscription Form for Purposes of the Rights Offering and Related Procedures in Connection Therewith; and (F) Approving Form and Manner of Notice (Filed 2/2/11) [Docket No. 1092].

C. Notice of Adjournment of Disclosure Statement Hearing (Filed 2/10/11) [Docket No. 1122].

Status: The hearing on this matter has been adjourned to a status conference to be held on March 10, 2011 at 4:00 p.m. The parties in interest continue to discuss open issues related to a proposed amendment to the Disclosure Statement and Plan, and intend to provide additional details regarding such discussions at the status conference on March 10.

4. Motion for Order Authorizing Debtors to (I) Enter Into Subscription and Backstop Purchase Agreement and (II) Pay Related Fees and Expenses and Indemnify Backstop Purchasers (Filed 1/31/11) [Docket No. 1071].

Objection Deadline: February 9, 2011, at 4:00 p.m.

Response(s):

A. [Steven P. McNeil] Objection to Disclosure Statement and Rights Offering Procedure (Filed 2/8/11) [Docket No. 1104].

B. Objection of the U.S. Securities and Exchange Commission to the Adequacy of the Disclosure Statement, Confirmation of the Joint Chapter 11 Plan of Reorganization, and Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement and Related Relief (Filed 2/11/11) [Docket No. 1124].

Related Document(s):

A. Order Fixing Hearing Date and Shortening Time to Object or Respond to Debtors' Motion for Order Authorizing Debtors to (I) Enter Into Subscription and Backstop Purchase Agreement and (II) Pay Related Fees and Expenses and Indemnify Backstop Purchasers (Entered 2/1/11) [Docket No. 1084].

B. Notice of Motion for Order Authorizing Debtors to (I) Enter Into Subscription and Backstop Purchase Agreement and (II) Pay Related Fees and Expenses and Indemnify Backstop Purchasers (Filed 2/2/11) [Docket No. 1093].

C. Notice of Adjournment of Disclosure Statement Hearing (Filed 2/10/11) [Docket No. 1122].

Status: The hearing on this matter has been adjourned to a status conference to be held on March 10, 2011 at 4:00 p.m. The parties in interest continue to discuss open issues related to a proposed amendment to the Disclosure Statement and Plan, and intend to provide additional details regarding such discussions at the status conference on March 10.

| | |
|---|---|
| Dated: March 1, 2011 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Timothy P. Cairns* |
| | Laura Davis Jones (Bar No. 2436) |
| | David M. Bertenthal (CA Bar No. 167624) |
| | Joshua M. Fried (CA Bar No. 181541) |
| | Timothy P. Cairns (Bar No. 4228) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | E-mail: ljones@pszjlaw.com |
| | dbertenthal@pszjlaw.com |
| | jfried@pszjlaw.com |
| | tcairns@pszjlaw.com |
| | |
| | Counsel to Debtors and Debtors in Possession |