# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

JUDGE PETER J. WALSH                                              824 MARKET STREET
                                                                                                       WILMINGTON, DE 19801
                                                                                                                    (302) 252-2925

May 20, 2011

| | |
|---|---|
| Christopher P. Simon<br>Kevin S. Mann<br>CROSS & SIMON LLC<br>P.O. Box 1380<br>913 North Market Street<br>11th Floor<br>Wilmington, DE 19899-1380 | Laura Davis Jones<br>Alan J. Kornfeld<br>Curtis A. Hehn<br>Timothy P. Cairns<br>PACHULSKI STANG ZIEHL &<br>JONES LLP<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19801 |
| Michael S. Etkin<br>LOWENSTEIN SANDLER PC<br>65 Livingston Avenue<br>Roseland, New Jersey 07068 | Counsel for Debtors and<br>Debtors in Possession |

Bankruptcy Counsel to the
Law Firm Defendants

Samuel H. Rudman
ROBBINS GELLER RUDMAN &
DOWD LLP
58 South River Road
Suite 200
Melville, New York 11747

Defendant Pro Se

Ira A. Schochet
LABATON SUCHAROW, LLP
140 Broadway
New York, New York 10005

Defendant Pro Se

Thomas G. Amon
LAW OFFICES OF THOMAS G. AMON
250 West 57th Street
Suite 1316
New York, New York 10107

Defendant Pro Se

Brian J. Robbins
ROBBINS UMEDA LLP
600 B. Street, Suite 1900
San Diego, California 92101

Defendant Pro Se

**Re: Point Blank Solutions, Inc. v. Robbins Geller Rudman & Dowd LLP, et al.
Adv. Proc. No. 10-55361**

Dear Counsel:

This is with respect to the Motion of the Law Firm Defendants Pursuant to Fed. R. Bankr. P. 5011(c) For a Stay Pending the Resolution of (I) Motion of the Law Firm Defendants Pursuant to Del. Bankr. L.R. 5011-1 for Determination that the Above-Captioned Adversary Proceeding is a Non-Core Proceeding and (II) Motion of the Law Firm Defendants to Withdraw the Reference of the Above-Captioned Adversary Proceeding (Doc. # 40).

It is my experience over the last few years that some of the District Court judges, perhaps all of them, when addressing a motion to withdraw the reference even if the District Court agrees that the reference should be withdrawn, the District Court nevertheless allows the adversary proceeding to remain here until it is ready for trial. For this reason, I will deny the stay motion. **SO ORDERED.**

Very truly yours,

Peter J. Walsh

PJW:ipm