# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SS Body Armor I, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-11255 (CSS)<br><br>Jointly Administered<br><br>**Related to Docket No. 3271** |
| Point Blank Solutions Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Robbins Geller Rudman & Dowd LLP (as both Escrow Agent and Co-Lead Counsel for Lead Plaintiffs); Labaton Sucharow LLP ( as Co-Lead Counsel for Lead Plaintiffs); Law Offices of Thomas G. Amon (as Co-Lead Counsel in the Derivative Action); Robbins Umeda LLP (as Co-Lead Counsel in the Derivative Action); David H. Brooks; Sandra Hatfield; Dawn M. Schlegel; Cary Chasin; Jerome Krantz; Gary Nadelman; Barry Berkman; and Larry R. Ellis,<br><br>Defendants. | Adv. Proc. No. 10-55361 (CSS)<br><br>**Related to Docket No. 169** |

---

[1] Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: SS Body Armor I, Inc. (9361); SS Body Armor II, Inc. (4044); SS Body Armor III, Inc. (9051); and PBSS, LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., *et al.*, c/o Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

PHIL1 4870622v.1

| | )  |  |
|---|---|---|
| Point Blank Solutions Inc., | ) | Adv. Proc. No. 11-51759 (CSS) |
| | ) | |
| Plaintiff, | ) | **Related to Docket No. 82** |
| | ) | |
| v. | ) | |
| | ) | |
| Jeffrey R. Brooks Individual Retirement Account; Jeffrey R. Brooks, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the *Order Granting Motion to Withdraw as Counsel* was caused to be served this 9th day of September, 2015 on the parties listed on the attached service list in the manner indicated.

Dated: September 9, 2015

KLEHR HARRISON HARVEY
BRANZBURG LLP

By: */s/ Linda Richenderfer*
Linda Richenderfer (DE Bar No. 4138)
919 Market Street, Suite 1000
Wilmington, DE 19801
Telephone: 302-426-1189
Facsimile: 302-426-9193

*Counsel for David H. Brooks, Jeffrey R. Brooks and the Jeffrey R. Brooks Individual Retirement Account*

# SERVICE LIST

**Via First Class Mail**
David H. Brooks, Inmate # 72066053
FCI Miami
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 779800
MIAMI, FL 33177

**Via Certified and First Class Mail
and via E-Mail**
David Brooks
c/o Aaron Hendel
20 Red Ground Road
Old Westbury, NY 11568
aaronhendel@optimum.net

**Via Certified and First Class Mail
and via E-Mail**
Mr. Jeffrey Brooks
Jeffrey R. Brooks Individual Retirement Accoutn
c/o Jeffrey R. Brooks
20 Red Ground Rd.
Old Westbury, NY 11568
jb@jeffreybrooks.com

**SERVICE LIST**
**VIA FIRST CLASS MAIL**

Frederick B. Rosner, Esquire
Scott James Leonhardt, Esquire
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801

Robert M. Hirsh, Esquire
George P. Angelich, Esquire
Arent Fox LLP
1675 Broadway
New York, NY 10019

Christopher P. Simon, Esquire
Cross & Simon LLC
1105 North Market Street, Suite 901
Wilmington, Delaware 19801

Keith F. Park, Esquire
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Samuel H. Rudman, Esquire
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY 11747

Michael S. Etkin, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Ira A. Schochet, Esquire
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

Patrick O'Hara, Esquire
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL 62701

Charles J. Brown II, Esquire
Gellert Scali Busenkell & Brown LLC
913 Market Street, 10th Floor
Wilmington, DE 19801

Mary K. Dulka, Esquire
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Ian Connor Bifferato, Esquire
Thomas F. Driscoll III, Esquire
J. Zachary Haupt, Esquire
Bifferato LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

Carmen H. Lonstein, Esquire
Lawrence P. Vonckx, Esquire
Baker & McKenzie
One Prudential Plaza, Suite 3600
130 East Randolph Street
Chicago, IL 60601

Sandra Hatfield
206 Summit Drive
LaFollett, TN 37766

Roland G. Riopelle, Esquire
Sercarz & Riopelle, LLP
Carnegie Hall Tower
152 West 57th Street, 24th Floor
New York, NY 10019

W. Thomas Dillard, Esquire
Ritchie, Dillard & Davies, P.C.
606 W. Main Street, Suite 300
Knoxville, TN 37902

Gen. (Ret.) Larry R. Ellis
520 Carondelett Cove SW
Atlanta, GA 30331

Earl J. Silbert, Esquire
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004

Stephanie K. Vogel, Esquire
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020

Dawn M. Schlegel
2 Seatuck Cove Court
Eastport, NY 11941

Steven G. Kobre, Esquire
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

Thomas G. Amon, Esquire
Law Offices of Thomas G. Amon
250 West 57th Street, Suite 1316
New York, NY 10107

Brian J. Robbins, Esquire
Robbins Umeda LLP
600 B. Street, Suite 1900
San Diego, CA 92101

Lisa H. Bebchick, Esquire
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

Jane Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

Jeremy Ryan, Esquire
Potter, Anderson & Corroon, LLP
1313 North Market Street
Wilmington, DE 19801

Donald E. Rothman, Esquire
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, MA 02108

Leslie C. Heilman, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801

Carl N. Kunz, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

David B. Stratton, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801

David P. Simonds, Esquire
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067

Michael P. Cooley, Esquire
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201

Secretary of State
Department of State
Division of Corporations
P.O. Box 898
Dover, DE 19903

Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Secretary of Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20220

Andrew Calamari, Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281

Michael A. Berman, Esquire
Securities & Exchange Commission
Office of General Counsel – Bankruptcy
100 F Street, NE
Washington, DC 20549

Aaron R. Cahn, Esquire
Gary D. Sesser, Esquire
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

Matthew J. Troy, Esquire
U.S. Dept of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044

Jennifer V. Doran, Esquire
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109

Brian W. Bisignani, Esquire
Post & Schell, P.C.
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101

Linda Boyle, Esquire
10475 Park Meadows Drive, #400
Littleton, CO 80124

Frank F. McGinn, Esquire
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

R. David Sobel, Esquire
Altfeld & Battaile P.C.
250 North Meyer Avenue
Tucson, AZ 85701

Richard L. Weisz, Esquire
Hodgson Russ LLP
677 Broadway, Suite 301
Albany, NY 12207

Shawn M. Christianson, Esquire
Buchalter Nemer, P.C.
55 Second Street, 17th Floor
San Francisco, CA 94105

Fernando Casamayor, Tax Collector
Miami Dade Bankruptcy Unit
140 West Flagler Street, Suite 1403
Miami, FL 33130

Laura L. McCloud
Tennessee Dept of Revenue
c/o TN Atty General Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202

Joseph E. Shickich, Jr., Esquire
Hillary Bramwell Mohr
Riddell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA 98154

Matthew Horton, County Attorney
Government Building
115 South Andrews Avenue
Fort Lauderdale, FL 33301

Rodney D. McFadden
P.O. Box 1292
Franklin, TN 77856

Scott D. Fink, Esquire
Weltman, Weinberg & Reis Co., L.P.A.
Lakeside Place, Suite 200
323 W. Lakeside Avenue
Cleveland, OH 44113

Whitman L. Holt, Esquire
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067

Amish R. Doshi, Esquire
Magnozzi & Kye, LLP
23 Green Street, Suite 302
Huntington, NY 11743

Marshall Winn, Esquire
Wyche, P.A.
44 East Camperdown Way
Greenville, SC 29602

Prescott Group Capital Management, LLC
1924 Utica Avenue, Suite 1120
Tulsa, OK 74104

United States Debt Recovery, IIA, LLC
5575 Kietzke Lane
Suite A
Reno, NV 89511

J. Trevor Johnston, Esquire
McGuire Woods LLP
201 North Tryon Street, Suite 3000
Charlotte, NC 28202

George Kostolampros, Esquire
Nancy R. Grunberg, Esquire
Dentons US LLP
1900 K Street, N.W.
Washington, D.C. 20006